**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01700-LTB

EVERGREEN ENERGY INC.,
C-LOCK TECHNOLOGY, INC., and
THOMAS H. STONER, JR.,

    Plaintiffs,

v.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____

**ORDER**
_____

    Upon Plaintiffs' Notice of Settlement (Doc 13 - filed September 8, 2011), it is

    ORDERED that any response date on the Motion to Compel, and all other pretrial deadlines are held in abeyance pending the parties' filing of a Stipulation of Dismissal.

                              BY THE COURT:

                              <u>s/ Lewis T. Babcock</u>
                              Lewis T. Babcock, Judge

DATED:  September 9, 2011