**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01700-LTB

EVERGREEN ENERGY INC.,
C-LOCK TECHNOLOGY, INC., and
THOMAS H. STONER, JR.,

    Plaintiffs,

v.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 15 - filed September 20, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:


                                   s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   September 26, 2011